IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BAIR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION, *et al.*, <br><br> Defendants. | No. C 17-01992 WHA <br><br><br><br><br> **ORDER TO SHOW CAUSE** |

This action was stayed pending the resolution of the motion to dismiss and motion to remand related case *Elizabeth Sangimino, et al. v. Bayer Corp., et al.*, Case No. 3:17-cv-01488-WHA. That case has been remanded.

Defendants shall file with this Court a motion no longer than 10 pages by **JUNE 20** to **SHOW CAUSE** why this action should not be remanded. Plaintiffs shall file any opposition by **JUNE 23** not to exceed 10 pages.

**IT IS SO ORDERED.**

Dated: June 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE